ESTHER KAMINSKI, Respondent, *v.* CARL SCHEFER et al., Appellants.

*Kaminski* v. *Schefer*, 78 App. Div. 644, affirmed.
(Argued March 1, 1904; decided March 22, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 5, 1903, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court and an order denying a motion for a new trial.

*Alexander Blumenstiel* for appellants.

*Otto Horwitz* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: O'BRIEN, BARTLETT, HAIGHT, VANN, CULLEN and WERNER, JJ. Absent: PARKER, Ch. J.

---

JOHN MICHEL, Respondent, *v.* THE FRICK COMPANY, Appellant.

*Michel* v. *Frick Company*, 80 App. Div. 634, affirmed.
(Argued March 1, 1904; decided March 22, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered March 24, 1903, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Tallmadge W. Foster* for appellant.

*William Van Wyck* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: O'BRIEN, BARTLETT, HAIGHT, VANN, CULLEN and WERNER, JJ. Absent: PARKER, Ch. J.